1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Joel Quintero-Barraza

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE BARBARA L. MAJOR)**

11 | UNITED STATES OF AMERICA,           )   Case No. 08MJ0251
                                         )
12 |            Plaintiff,                )
                                         )
13 | v.                                   )   **CERTIFICATE OF SERVICE**
                                         )
14 | JOEL QUINTERO-BARRAZA,              )
                                         )
15 |            Defendant.                )
   |_____ )

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov

21                                        Respectfully submitted,

23 DATED:      January 31, 2008           /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Joel Quintero-Barraza