AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOEL QUINTERO-BARRAZA

**WAIVER OF INDICTMENT**

CASE NUMBER:  09CR-0464-WQH

I, JOEL QUINTERO-BARRAZA, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/21/2008 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Joel Quintero

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY